231 P.3d 921

**STATE of Arizona**

v.

**Sherman Kenneth HANEY.**

**No. CR–09–0328–PR.**

Supreme Court of Arizona.

April 6, 2010.

ORDERED: Petition for Review = DE-NIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.